UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS L. WILLIAMS, et al.,<br><br>Plaintiffs<br><br>v.<br><br>SECRETARY U.S. ARMY, *et al.*,<br><br>Defendants | Case No. 3:23-cv-00509-MMD-CSD<br><br>**ORDER** |

**I.   DISCUSSION**

On December 29, 2023, the Court issued an order screening Plaintiff's complaint. (ECF No. 6.)  The Court's order came back as undeliverable to Plaintiff at Washoe County Detention Center ("WCDC").  (ECF No. 8.)  However, the Court's review of WCDC's website indicates that Plaintiff remains incarcerated at WCDC.  Furthermore, the Court notes that Plaintiff appears to have continued to receive documents from the Court in his other cases. *See Williams v. American Best Motel*, Case No. 3:23-cv-00401-MMD-CSD.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court will resend Plaintiff a copy of the Court's screening order (ECF No. 6), and Plaintiff's complaint. (ECF No. 7).

It is further ordered that the deadline for Plaintiff to file an amended civil rights complaint or a petition for a writ of habeas corpus, as explained in the Court's screening order, is extended to March 15, 2024.

DATED THIS 13th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE